IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES A. LINT,<br>       Petitioner, | )<br>)<br>) |
| v. | )   Civil Action No. 05-953<br>) |
| RAYMOND J. COLLERAN, et al.,<br>       Respondents. | )<br>)<br>) |

<u>O R D E R</u>

AND NOW, this 20th day of August 2005, after a petition for a writ of habeas corpus was filed by the petitioner, James A. Lint, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted ten days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of James A. Lint for a writ of habeas corpus is transferred forthwith to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

                                                                                         _____
                                                                                         United States District Judge

cc: James A. Lint
DY-8760
SCI Waymart
P.O. Box 256
Waymart, PA  18472-0256

Honorable Robert C. Mitchell
United States Magistrate Judge